IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERIDON N. DIZADJI,<br><br>        Plaintiff,<br><br>  vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, et. al,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 09-1811 LJO DLB<br><br>**ORDER TO TRANSFER ACTION TO COURT'S SACRAMENTO DIVISION**<br>(Doc. 5.) |

      Review of the record reflects that this action was inadvertently filed in this Court's Fresno Division although this Court's Sacramento Division is the proper venue. As such this Court:

      1.    TRANSFERS this action to this Court's Sacramento Division;

      2.    DIRECTS the clerk to take necessary action to transfer this action to this Court's Sacramento Division and to assign a Sacramento district judge and magistrate judge to this action;

      3.    VACATES all pending dates, including the November 24, 2009 motion to dismiss hearing and December 22, 2009 scheduling conference, before this Court's Fresno Division;

      4.    ORDERS defense counsel to reset the motion to dismiss before the reassigned district judge in this Court's Sacramento Division; and

      5.    DIRECTS the clerk to term doc. 5 as it pertains to this Court's Fresno Division.

IT IS SO ORDERED.

Dated:   November 2, 2009           /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE