UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FERIDON NOUZAD DIZADJI,

      Plaintiff,

    v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, et. al.,

      Defendants.

NO. CIV.S-09-3047 FCD GGH

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.    The hearing on Defendants' Motion to Dismiss (Docket #12) is continued to March 12, 2010, at 10:00 a.m.  Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than February 26, 2010.  The Defendants may file and serve a reply on or before March 5, 2010.

    2.    Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motion in compliance with Local Rule 230(c).

///

3. Plaintiff's counsel shall file his response to the order to show cause on or before February 26, 2010.

4. A hearing on the order to show cause, if necessary, will follow the hearing on the Motion.

IT IS SO ORDERED.

DATED: January 19, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE