UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FERIDON NOUZAD DIZADJI,

        NO. 2:09-CV-3047 FCD GGH

    Plaintiff,

  v.                       <u>ORDER FOR SANCTIONS</u>

DEUTSCHE BANK NATIONAL TRUST
COMPANY, et. al.,

    Defendants.

    On January 19, 2010, plaintiff's counsel, Mr. Richard Taguinod, was ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition brief or notice of non-opposition to defendants' pending motion to dismiss. The court ordered counsel to file his response to the Order to Show Cause on or before February 26, 2010.

    Plaintiff's counsel filed his response to the Order to Show Cause on February 26, 2010, and the court does not find good cause to discharge the Order to Show Cause. Accordingly, the court makes the following orders:

    1.    Mr. Taguinod shall pay sanctions in the amount of $150.00. Payment should be in the form of a check made payable to the Clerk of the Court. The sum is to be

        paid personally by plaintiff's counsel not later than ten (10) days from the filing of this Order for Sanctions.

2.   This sanction is personal to the attorney, is to be borne by him personally, and is not to be transmitted to the client by way of a charge of attorney's fees and/or costs.

3.   Not later than twenty (20) days from the filing of this Order, plaintiff's counsel shall file a declaration attesting to his compliance with the terms of this Order.

IT IS SO ORDERED.

DATED: March 1, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE