UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FERIDON N. DIZADJI,

        Plaintiff,

   v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, SUN TRUST MORTGAGE, INC., and DOES 1 to 100 inclusive,

        Defendants.

NO. CIV. S-09-3047 FCD/DAD

ORDER

----oo0oo----

    This matter is before the court on the motions of defendants Deutsche Bank National Trust Company and SunTrust Mortgage, Inc. to dismiss plaintiff Feridon N. Dizadji's ("plaintiff") complaint pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6). Jurisdiction is a threshold inquiry before the adjudication of any case before the court. See Morongo Band of Mission Indians v. Cal. State Bd. of Equalization, 858 F.2d 1376, 1380 (9th Cir. 1988).  The court has reviewed defendants' notice of removal to the United States District Court for the Eastern District of California under 28 U.S.C. § 1441(b) based on federal question

jurisdiction.  The court finds that the underlying complaint, alleging causes of action for (1) rescission or reformation of contract, (2) fraud, (3) specific performance, (4) wrongful foreclosure, (5) wrongful eviction, (6) quiet title, and (7) civil conspiracy, does not present a federal question and is therefore improperly before this court.[1]  Accordingly, the court REMANDS this action back to the Superior Court of California, County of Solano.

IT IS SO ORDERED.

DATED: March 2, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's third claim for relief seeks specific performance to modify plaintiff's home mortgage loan.  This is, in essence, a contract remedy.  Plaintiff does, in part, base this claim on the Hope for Homeowners' Act and the Emergency Economic Stabalization Act of 2008–both federal statutes.  However, "[w]hen a claim can be supported by alternative and independent theories – one of which is a state law theory and one of which is a federal law theory – federal question jurisdiction does not attach because federal law is not a necessary element of the claim."  Rains v. Criterion Sys., Inc., 80 F.3d 339, 345 (9th Cir. 1996).  Plaintiff's claim is also predicated upon California Civil Code § 2923.6, thus providing an alternative theory for relief and barring federal question jurisdiction.